In the Matter of TYRONE HOUSTON, Petitioner, v MATTHEW J. D'EMIC et al., Respondents. [918 NYS2d 887]—

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman*, 71 NY2d 564, 569 [1988]; *see Matter of Rush v Mordue*, 68 NY2d 348, 352

[1986]). The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]).

The petitioner failed to demonstrate a clear legal right to the relief sought. Rivera, J.P., Dillon, Hall and Roman, JJ., concur.